UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

CARD ACTIVATION TECHNOLOGIES, INC.,

    Plaintiff,

    v.                                                                 4:10-cv-00117-FJG

FASHION BUG RETAIL COMPANIES, INC.,
et al.,

    Defendants.

**FASHION BUG RETAIL COMPANIES, INC., GUESS?, INC.,
J. C. PENNEY CORPORATION, INC., LANE BRYANT, INC. AND
NORDSTROM, INC.'S MOTION TO STAY**

    Defendants Fashion Bug Retail Companies, Inc., Guess?, Inc., J. C. Penney Corporation, Inc., Lane Bryant, Inc., and Nordstom, Inc. ("Defendants") respectfully move to stay this matter pending (1) the outcome of the related case *Stored Value Solutions, Inc. v. Card Activation Technologies, Inc.*, No. 09-495 (D. Del.), and (2) the outcome of Reexamination No. 90/011,004 and Reexamination No. 90/011,146.

    The basis for Defendants' motion is detailed in their Suggestions in Support of their Motion to Stay, which are being filed contemporaneously herewith.

Respectfully submitted,

**/s/ Alan M. Fisch**
Alan M. Fisch
*alan.fisch@kayescholer.com*
Jason F. Hoffman
*jason.hoffman@kayescholer.com*
R. William Sigler
*bill.sigler@kayescholer.com*
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
(202) 682-3500 telephone

Thomas W. Wagstaff
*twwagstaff@wagstaffcartmell.com*
Eric D. Barton
*ebarton@wagstaffcartmell.com*
WAGSTAFF & CARTMELL
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100 telephone

Dated: November 12, 2010

Attorneys for:
FASHION BUG RETAIL COMPANIES, INC.,
GUESS?, INC.,
J. C. PENNEY CORPORATION, INC.,
LANE BRYANT, INC., and
NORDSTOM, INC.

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on November 12, 2010, with the Clerk of the Court for the Western District of Missouri via the CM/ECF system. This system will send notice of filing to all Counsel of Record.


	<u>**/s/ Alan M. Fisch**</u>